tion Law (Consol. Laws, c. 67) against the Lehigh Valley Railroad Company.

PER CURIAM. Award affirmed, upon the authority of Matter of Winfield, 168 App. Div. 351, 153 N. Y. Supp. 499.

SMITH, P. J., dissents. KELLOGG, J., not sitting.

STEVENTON v. RUPPERT. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Hadyn W. Steventon against Jacob Ruppert. No opinion. Application denied, with $10 costs. Order signed.

STEWART, Respondent, v. JEWELL STEEL & MALLEABLE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Maylie R. Stewart against the Jewell Steel & Malleable Company.

PER CURIAM. Order modified, so as to provide that the appeal from the City Court of Buffalo be dismissed, with $10 costs, and, as so modified, the order is affirmed, without costs of this appeal to either party. Held, that the Special Term should in the first instance have dismissed the appeal from the City Court; the statute not authorizing entry of any judgment on discontinuance of action in City Court upon plea that title to real property would come in question.

KRUSE, P. J., dissents, and votes for reversal of the order and denial of the motion.

STRALUCKE, Respondent, v. MYERS et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Pauline Stralucke against Edwin N. Myers and another. No opinion. Judgment and order unanimously affirmed, with costs.

STRASBURGER, Respondent, v. HANGLEY, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Sarah Strasburger against Patrick J. Hangley, impleaded with others. A. Benedict, of New York City, for appellants. E. M. Otterbourg, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SUCKNO, Appellant, v. PUBLIC BANK OF NEW YORK CITY, Respondent. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Morris Suckno against the Public Bank of New York City. J. Manheim, of New York City, for appellant. M. J. Stroock, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SULLIVAN, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by James C. Sullivan against Samuel Bernstein. G. E. Joseph, of New York City, for appellant. C. Podsenick, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SUTKAR, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Joseph Sutkar against the New York Central & Hudson River Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. See, also, 155 N. Y. Supp. 1143.

SUTKAR, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Mary Sutkar, by Joseph Sutkar, her guardian ad litem, against the New York Central & Hudson River Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. See, also, 155 N. Y. Supp. 1143.

SWANCK v. NORTHERN CENT. RY. CO. (Supreme Court, Appellate Division, Third Department. October 1, 1915.) Action by Ralph Swanck against the Northern Central Railway Company. No opinion. Motion granted. See, also, 154 N. Y. Supp. 1146.

TABLEPORTER, Appellant, v. SCHENECTADY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Morris Tableporter against the Schenectady Railway Company. D. J. Wagner, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 168 App. Div. 916, 152 N. Y. Supp. 1145.

TALBOT, Respondent, v. SIMPSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Lynn E. Talbot against Dewitt C. Simpson and another. No opinion. Order affirmed, with $10 costs and disbursements.

TENEMENT HOUSE DEPARTMENT OF NEW YORK, Appellant, v. NUEGASS, Respondent, et al. (Supreme Court, Appellate Division, First Department. November 19, 1915.) Action by the Tenement House Department of New York against Henry Neugass, impleaded with others. J. P. O'Brien, of New York City, for appellant. J. A. Whitehorn, of Brooklyn, for respondent. No opinion. Determination affirmed, with costs, on Tenement House Dept. v. McDevitt, 215 N. Y. 160, 109 N. E. 88. Order filed. See, also, 165 App. Div. 976, 150 N. Y. Supp. 1114.

In re TERMINAL STATION COMMISSION OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) In the matter of the application of the Terminal Station Commission of the City of Buffalo for the appointment of two commissioners to fill the vacancies caused by the deaths of Robert R. Hefford and Spencer Clinton, former commissioners of said commission.